256 So.2d 292

Kenneth J. AUBE

v.

The AMERICAN INSURANCE COM-
PANY et al.

No. 52033.

Jan. 17, 1972.

In re: Kenneth J. Aube, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 254 So.2d 654.

Writ denied. We find no error in the judgment complained of.

256 So.2d 292

Mrs. Imogene HOCUT

v.

INSURANCE COMPANY OF
NORTH AMERICA.

No. 52003.

Jan. 17, 1972.

In re: Insurance Company of North America, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Cameron. 254 So.2d 108.

Writ denied. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.

McCALEB, C. J., and BARHAM and DIXON, JJ., are of the opinion that the application should be granted.